15 A.3d 430

**In re ESTATE OF Terry L. KENDALL, Deceased.**

**Appeal of Susan L. Kendall.**

Supreme Court of Pennsylvania.

Argued March 9, 2011.

Decided March 16, 2011.

James F. Mannion, Mannion Prior, L.L.P., King of Prussia, Ann C. Lebowitz, Grant & Lebowitz, L.L.C., Philadelphia, for Susan L. Kendall, Appellant.

Mason Avrigian, Jr., Jeffrey P. Wallack, Wisler Pearlstine, L.L.P., Blue Ball, for Jennifer and Bryan Kendall, Appellee.

Vincent V. Carissimi, Alison A. Gross, Pepper Hamilton, L.L.P., Philadelphia, for PNC Bank, N.A., Appellee.

Stephen H. Green, Dolchin, Slotkin & Todd, P.C., Philadelphia, for Joanne Kendall, Appellee.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**